**Thomas L. Boucher, Appellee, v. Michael S. Nuccio, Appellant.**

**Gen. No. 46,972.** 

First District, First Division.

January 7, 1957.

Rehearing denied January 28, 1957.

Released for publication February 11, 1957.

Cherry & Morse, for appellant, Louis Rosenfeld, of counsel; Mitchell & Conway, for plaintiff-appellee, Robert J. Downing, of counsel. Opinion by JUDGE BURKE. Not to be published in full.